**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1241**

LAWRENCE VERLINE WILDER, SR.,

              Plaintiff - Appellant,

     v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

              Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James E. Gates, Magistrate Judge.  (7:15-cv-00046-D)

Submitted:  September 29, 2016      Decided:  October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., seeks to appeal the magistrate judge's order denying his request for a hearing and for appointment of counsel in his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Wilder seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED